UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>*Debtors.* | **CHAPTER 11**<br><br>**CASE NO. 08-13555 (SCC)** |
| MOORE MACRO FUND, LP, MOORE MACRO MARKETS FUND (MASTER), LP, SJL MOORE, LTD., JR MOORE, LP, LM MOORE LP, MF MOORE LP (formerly MOORE GLOBAL FIXED INCOME FUND (MASTER) LP), MOORE GLOBAL INVESTMENTS, LTD., MOORE EMERGING MARKETS FUND (MASTER) LP, MOORE CAPITAL ADVISORS, L.L.C., and TRADE PROCESS CORPORATION,<br><br>*Plaintiffs,*<br><br>-against-<br><br>LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS SPECIAL FINANCING INC., and LEHMAN BROTHERS COMMERCIAL CORPORATION,<br><br>*Defendants.* | **ADVERSARY PROCEEDING NO: 14-02021-scc** |

## STIPULATED JOINT PRETRIAL SCHEDULING ORDER

This Civil Case Management Plan submitted in accordance with Fed. R. Bankr. P. 7026 and Fed. R. Civ. P. 26(f), is adopted as the Joint Pretrial Scheduling Order of this Court for the above-captioned adversary proceeding.

1.  All fact discovery shall be completed by January 19, 2015.

2.  The parties are to conduct discovery in accordance with the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure (as incorporated therein), and the Local Rules of this Court. In accordance with Federal Rules of Bankruptcy Procedure 7026-7037, Federal Rules of Civil Procedure 26-37 shall apply in their entirety to this proceeding. The

following interim deadlines may be extended by the written consent of the parties without application to the Court, provided all fact discovery is completed by the date set forth in paragraph 1 above:

    A.    Initial disclosures will be served on July 30, 2014.

    B.    The parties may serve initial requests for the production of documents no earlier than July 31, 2014.

    C.    Responses and objections to requests for the production of documents to be served within 30 days of the service of each request or set of requests for the production of documents.

    D.    Interrogatories pursuant to Local Bankruptcy Rule 7033-1(a) and 7033-1(b) may be served no earlier than July 31, 2014.

    E.    Interrogatories pursuant to Local Bankruptcy Rule 7033-1(c) and requests for admissions will be served at the conclusion of other discovery and at least 30 days prior to close of discovery.

    F.    Document production in response to the first set of document requests shall be substantially completed by October 3, 2014.

    G.    Privilege logs shall be served within 30 days of the production from which the logged documents have been withheld.

    H.    Depositions of fact witnesses may take place no earlier than July 31, 2014 and no later than January 19, 2015. If a party elects to take the deposition of an adverse party witness before document production is substantially complete, the adverse party witness shall not be produced again for deposition unless it appears that misconduct by the party producing the

witness occurred separate and apart from documents not having been produced by the time of the deposition.

    I.    Documents shall be produced as follows:

        (1)    E-mails shall be produced as single-page TIFF images with accompanying full text and load file (DAT). Metadata fields included with the load file should be provided in accordance with Appendix A to the extent reasonably available. E-mail attachments shall be handled according to the provisions below applicable to loose electronic documents and shall not be separated from the emails to which they are attached. Native files for all e-mails shall be maintained, and such files shall be produced if the receiving party can demonstrate a need for such native files.

        (2)    Word and loose other electronic documents shall be produced as single-page TIFF images with accompanying full text and load file (DAT). The text file shall be named after the beginning bates number of the document, with extension ".txt". Metadata fields included with the load file should be provided in accordance with Appendix A. For Excel or other spreadsheet files, the native file shall be produced, along with a single-page TIFF placeholder, except that native files need not be produced for redacted Excel or other spreadsheet files. Native files for all other electronic documents shall be maintained, and such files shall be produced if the receiving party can demonstrate a need for such native files.

        (3)    Hard copy documents shall be produced as single-page TIFF images with accompanying full OCR text and load file (DAT). Metadata fields included with the load file should be provided in accordance with Appendix A.

        (4)    All TIFF files shall be produced as single page, black and white TIFFs, bearing the Bates number of each page, or, in the case of spreadsheets or database documents for which Bates numbers cannot be applied to each page, bearing the Bates number of that spreadsheet or database document.

        (5)    Along with its productions, each party shall provide either an 1PRO (.lfp) or Opticon (.opt) single-page image load/cross reference file. Image filenames should contain the bates number information of the image.

        (6)    Electronic data productions may be transmitted electronically via Secure File Transfer Protocol (SFTP), FTP over SSH or physically transported using electronic storage media such as flash memory

     devices, CDs, DVDs or hard drives. The physical media label should contain the case name and number, production date, and bates range being produced. Each party may encrypt any data produced using standard encryption software.

  (7) In accordance with Fed. R. Civ. P.26(b)(5)(B) and Fed. R. Evid. 502(b), any inadvertent disclosure of document(s) shall not be deemed a waiver of, nor prejudice to, any privilege or immunity with respect to such information or document(s) or of any work product doctrine or other immunity that may attach thereto, including without limitation the attorney-client privilege, the joint defense privilege, and the work product doctrine, provided that the producing party notifies the receiving party in writing promptly after discovery of such inadvertent production. All copies of such document(s) shall be returned to the producing party or destroyed within five days of such notice. The producing party shall maintain the referenced document(s) until the parties resolve any dispute concerning the privileged nature of the document(s) or the Court rules on any motion to compel the document(s). No Party shall use or refer to any information contained within the document(s) at issue unless and until the producing Party agrees or a motion to compel is granted by the Court.

3. The parties shall disclose the identities of any testifying expert witnesses and serve any expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) on any issue(s) as to which that party bears the burden of proof on March 16, 2015. The parties will exchange any rebuttal expert reports on April 30, 2015.

4. Depositions of expert witnesses may take place no earlier than May 11, 2015 and no later than June 11, 2015.

5. Subject to compliance with Rule 7056-1 of the Local Bankruptcy Rules for the Southern District of New York, dispositive motions, if any, shall be filed no later than July 24, 2015.

6. A pretrial hearing shall be held at a date to be determined.

7. The trial shall be held at a date to be determined by the Court.

Dated: July 16, 2014
      New York, New York

                                                    */s/ Jeffrey M. Eilender*
                                                    Bennette D. Kramer
                                                    Jeffrey M. Eilender
                                                    Erik S. Groothius
                                                    Samuel L. Butt
                                                    SCHLAM STONE & DOLAN LLP
                                                    26 Broadway
                                                    New York, New York 10004
                                                    Telephone: (212) 344-5400
                                                    Facsimile: (212) 344-7677

                                                    *Attorneys for Plaintiffs*

Dated: July 16, 2014
      New York, New York

                                                    */s/ Tracy V. Schaffer*
                                                    Jayant W. Tambe
                                                    Locke R. McMurray
                                                    Tracy V. Schaffer
                                                    JONES DAY
                                                    222 East 41st Street
                                                    New York, New York 10017
                                                    Telephone: (212) 326-3939
                                                    Facsimile: (212) 755-7306

                                                    *Attorneys for Defendants*

**IT IS SO-ORDERED:**
July 17, 2014
New York, New York


*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

## APPENDIX A

| Field | Description |
|---|---|
| BegBates | Page ID of first page in a document. |
| EndBates | Page ID of last page in a document. |
| BegAttach | BegBates of parent record. |
| EndAttach | BegBates of last attached document in family. |
| From | Author of the e-mail message. |
| To | Main recipient(s) of the e-mail message. |
| CC | Recipient(s) of "Carbon Copies" of the e-mail message. |
| BCC | Recipient(s) of "Blind Carbon Copies" of the e-mail message. |
| DateSent | Sent date of an e-mail message. |
| TimeSent | Time the e-mail message was sent. |
| EMail Subject | Subject of the e-mail message. |
| Author | Author field value pulled from metadata of the native file. |
| Title | Title held value extracted from the metadata of the native file. |
| Custodian | Textual value of custodian. |
| DateCreated | Creation date o f the native file. |
| TimeCreated | Creation time of the native file. |
| EntryID | Unique identifier of e-mails in mail stores. |
| FileDescription | File extension of other description of native file type. |
| Filename | Original filename of native file. Contains subject of e-mail message for e-mail records. |
| Filesize | Size of native file, in bytes. |
| MD5Hash | MD5 hash-128-hit output. |
| Attach | Semi-colon delimited string of first level attachments in the e-mail. |
| DateLastMod | Date the native file was last modified. |
| TimeLastMod | Time native file was last modified. |
| PgCount | Number of pages in a document. |
| NativeFile | Logical file path to the native file. |
| OCRPath | Logical file path to the OCR text. |