# SCHLAM STONE & DOLAN LLP

| | | |
|---|---|---|
| HARVEY M. STONE<br>RICHARD H. DOLAN<br>WAYNE I. BADEN<br>MICHAEL A. BATTLE<br>JAMES C. SHERWOOD<br>THOMAS A. KISSANE<br>BENNETTE D. KRAMER<br>JEFFREY M. EILENDER<br>JOHN M. LUNDIN<br>JONATHAN MAZER<br>ERIK S. GROOTHUIS<br>ROBERT L. BEGLEITER<br>ELIZABETH WOLSTEIN<br>DOUGLAS E. GROVER<br>BRADLEY J. NASH | 26 BROADWAY<br>NEW YORK, N.Y. 10004<br>—<br>(212) 344-5400<br>TELECOPIER: (212) 344-7677<br>www.schlamstone.com | PETER R. SCHLAM (1944-2005)<br>—<br>OF COUNSEL<br>RONALD G. RUSSO<br>STANLEY N. ALPERT<br>MARY W. ANDERSON<br>HILLARY S. ZILZ<br>VITALI S. ROSENFELD<br>ANDREW S. HARRIS<br>—<br>NIALL D. O'MURCHADHA<br>SAMUEL L. BUTT |

July 21, 2014

**BY ELECTRONIC FILING AND HAND**

The Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

    Re: *Moore Macro Fund LP et al. v. Lehman Brothers Holding, Inc. et al.*, 14-ap-02021 (SCC)

Dear Judge Chapman:

  We represent Plaintiffs in the above-referenced adversary proceeding. We write pursuant to Federal Rule of Bankruptcy Procedure 9006(b) to request an extension of time to respond to Defendants' counterclaims and claims objections (the "Counterclaims"), which were filed on July 3, 2014. (Docket No. 9). Plaintiffs and Defendants have agreed that the time for Plaintiffs to move, answer or otherwise respond to the Counterclaims is extended up to and including September 5, 2014.

  Plaintiffs request the Court to "so order" the foregoing schedule. We are available at the Court's convenience.

                Respectfully submitted,

                Erik S. Groothuis

cc: All counsel (via ECF).