*ECF #12*

# SCHLAM STONE & DOLAN LLP

HARVEY M. STONE
RICHARD H. DOLAN
WAYNE I. BADEN
MICHAEL A. BATTLE
JAMES C. SHERWOOD
THOMAS A. KISSANE
BENNETTE D. KRAMER
JEFFREY M. EILENDER
JOHN M. LUNDIN
JONATHAN MAZER
ERIK S. GROOTHUIS
ROBERT L. BEGLEITER
ELIZABETH WOLSTEIN
DOUGLAS E. GROVER
BRADLEY J. NASH

26 BROADWAY

NEW YORK, N.Y. 10004

———

(212) 344-5400

TELECOPIER: (212) 344-7677

www.schlamstone.com

PETER R. SCHLAM (1944-2005)

OF COUNSEL
RONALD G. RUSSO
STANLEY N. ALPERT
MARY W. ANDERSON
HILLARY S. ZILZ
VITALI S. ROSENFELD
ANDREW S. HARRIS

NIALL D. O'MURCHADHA
SAMUEL L. BUTT

July 21, 2014

**BY ELECTRONIC FILING AND HAND**

The Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004



RECEIVED
JUL 2 2 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

      Re:    *Moore Macro Fund LP et al. v. Lehman Brothers Holding, Inc. et al.*, 14-ap-02021 (SCC)

Dear Judge Chapman:

    We represent Plaintiffs in the above-referenced adversary proceeding.  We write pursuant to Federal Rule of Bankruptcy Procedure 9006(b) to request an extension of time to respond to Defendants' counterclaims and claims objections (the "Counterclaims"), which were filed on July 3, 2014.  (Docket No. 9).  Plaintiffs and Defendants have agreed that the time for Plaintiffs to move, answer or otherwise respond to the Counterclaims is extended up to and including September 5, 2014.

    Plaintiffs request the Court to "so order" the foregoing schedule.  We are available at the Court's convenience.

                         Respectfully submitted,

                         Erik S. Groothuis

cc:    All counsel (via ECF).

*IT IS SO ORDERED.*
*July 22, 2014*

                         /s/ Su

                         USBJ