Bennette D. Kramer
Jeffrey M. Eilender
Erik S. Groothuis
Samuel L. Butt
SCHLAM STONE & DOLAN LLP
26 Broadway
New York, NY 10004
Telephone: (212) 344-5400
bdk@schlamstone.com

OF COUNSEL
Lauren Teigland-Hunt
Teigland-Hunt LLP
127 West 24th Street, 4th Floor
New York, New York 10011
Telephone: (212) 269-1600
lth@t-hllp.com

Opposition Due:
March 11, 2015

*Attorneys for Plaintiffs Moore Macro Fund, LP,
Moore Macro Markets Fund (Master), LP,
SJL Moore, Ltd., JR Moore, LP, LM Moore LP,
MF Moore LP (formerly Moore Global Fixed
Income Fund (Master) LP), Moore Global Investments,
Ltd., Moore Emerging Markets Fund (Master) LP,
Moore Capital Advisors, L.L.C., and Trade Process Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>    LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>*Debtors.* | **CHAPTER 11**<br><br>**CASE NO. 08-13555 (SCC)** |
| MOORE MACRO FUND, LP, MOORE MACRO MARKETS FUND (MASTER), LP, SJL MOORE, LTD., JR MOORE, LP, LM MOORE LP, MF MOORE LP (formerly MOORE GLOBAL FIXED INCOME FUND (MASTER) LP), MOORE GLOBAL INVESTMENTS, LTD., MOORE EMERGING MARKETS FUND (MASTER) LP, MOORE CAPITAL ADVISORS, L.L.C., and TRADE PROCESS CORPORATION,<br><br>*Plaintiffs,*<br><br>-*against*-<br><br>LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS SPECIAL FINANCING INC., and LEHMAN BROTHERS COMMERCIAL CORPORATION,<br><br>*Defendants.* | **ADVERSARY PROCEEDING NO: 14-02021 (SCC)**<br><br><br>**NOTICE OF MOTION TO DISMISS**<br><br>Hearing: April 8, 2015<br>Time: 10:00 a.m.<br>Place: Courtroom 623 |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, and the Declaration of Erik S. Groothuis, dated February 9, 2015, and exhibits thereto, Plaintiffs Moore Macro Fund, LP, Moore Macro Markets Fund (Master), LP, SJL Moore, Ltd., JR Moore, LP, LM Moore LP, MF Moore LP (formerly Moore Global Fixed Income Fund (Master) LP), Moore Global Investments, Ltd., Moore Emerging Markets Fund (Master) LP, Moore Capital Advisors, L.L.C., and Trade Process Corporation will move before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York located at One Bowling Green, New York, New York, Courtroom 623, at 10:00 a.m. on April 8, 2015, for an order, pursuant to Fed. R. Civ. P. 12(b)(6), as incorporated in Fed. R. Bank. P. 7012(b), dismissing Defendants' Tenth and Eleventh Amended Counterclaims.

**PLEASE TAKE FURTHER NOTICE** that any opposition shall be filed and served so

as to be received by Plaintiffs' counsel no later than March 11, 2015, and any reply shall be filed

and served so as to be received by Defendants' counsel no later than March 25, 2015.

Dated: New York, New York
          February 9, 2015

                                        Respectfully submitted,

                                        **SCHLAM STONE & DOLAN LLP**


                                        By:___/s/_____
                                             Bennette D. Kramer
                                             Jeffrey M. Eilender
                                             Erik S. Groothuis
                                             Samuel L. Butt
                                             26 Broadway
                                             New York, NY 10004
                                             Tel.:  (212) 344-5400
                                             Fax:  (212) 344-7677
                                             E-mail:  bdk@schlamstone.com

                                             *Attorneys for Plaintiffs Moore Macro Fund,*
                                             *LP, Moore Macro Markets Fund (Master),*
                                             *LP, SJL Moore, Ltd., JR Moore, LP, LM*
                                             *Moore LP, MF Moore LP (formerly Moore*
                                             *Global Fixed Income Fund (Master) LP),*
                                             *Moore Global Investments, Ltd., Moore*
                                             *Emerging Markets Fund (Master) LP,*
                                             *Moore Capital Advisors, L.L.C., and Trade*
                                             *Process Corporation*